## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**VINCENT KISH**                                                        **PLAINTIFF**

**VS.**                                **CIVIL ACTION NO.: 3:13CV438HTW-LRA**

**THE PANTRY, INC., D/B/A KANGAROO EXPRESS, INC.**       **DEFENDANT**

### MOTION TO WITHDRAW AS COUNSEL

COME NOW the undersigned, Brandon Scott Leslie, and the firm of John Michael Bailey PC, and respectfully move the Court for an Order allowing withdrawal as counsel for the Plaintiff, and for grounds thereof, counsel states:

1.

Certain irreconcilable differences have arisen between counsel and Plaintiff which prevent counsel from effectively representing Plaintiff further in this matter.

2.

Plaintiff will suffer no prejudice by withdrawal of the undersigned and obtaining alternate counsel at this point in litigation.

3.

Defendant will suffer no prejudice by withdrawal of the undersigned at this point in litigation.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel prays that this, his Motion to Withdraw as Counsel be granted and that the Plaintiff be allowed sixty (60) days in which to obtain alternative counsel in this matter or to proceed with the same *pro se*.

RESPECTFULLY SUBMITTED, this the 3rd day of February, 2014.

JOHN MICHAEL BAILEY INJURY LAWYERS®

BY: /s/ Brandon Scott Leslie
BRANDON SCOTT LESLIE, MSB# 102171
ATTORNEY FOR PLAINTIFF
216 W. Main Street
Tupelo, MS 38804
Telephone: (662) 407-0090
Facsimile: (662) 407-0093

## CERTIFICATE OF SERVICE

I, Brandon Scott Leslie, Attorney for Plaintiff in this cause do hereby certify that I have this date forwarded a true and correct copy of the above Motion to Withdraw as Counsel to: Hon. Diane Pradat Pumphrey, P.O. Box 13429, Jackson, MS 39236-3429, via ECF notice; and Vincent Kish, 11920 State Route 691, Nelsonville, Ohio 45764, via Certified Mail with Return Receipt, postage prepaid.

SO CERTIFIED, this the 3rd day of February, 2014.

/s/ Brandon Scott Leslie
BRANDON SCOTT LESLIE